

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-30-2009

# Mark Newton v. Brian Mizell

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1524

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Mark Newton v. Brian Mizell" (2009). *2009 Decisions*. Paper 187.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/187

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1524
_____

MARK NEWTON; ANDREA NEWTON,
                                        Appellants
v.

BRIAN MIZELL

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 2:09-cv-00470)
District Judge:  Honorable Dickinson R. Debevoise

_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
May 29, 2009
Before: RENDELL, HARDIMAN and COWEN, Circuit Judges

(Opinion filed: July 7, 2009 )
_____

ORDER AMENDING OPINION
_____

It appearing that the district court judge was incorrectly identified in the caption of

the opinion and judgment in the above entitled case,

It is O R D E R E D that the opinion and judgment are amended to designate

Honorable Dickinson R. Debevoise as the district court judge.

For the Court,


/s/ Marcia M. Waldron
 Clerk


Dated: November 30, 2009
tmk/cc: Mark Newton
        Andrea Newton